[pic]

 In the
 Court of Appeals
 Second Appellate District of Texas
 at Fort Worth

 No. 02-18-00362-CR
 No. 02-18-00363-CR

|Alexis Botello, Appellant |
| |
|v. |
| |
|The State of Texas |

the?

 On Appeal from Criminal District Court No. 2
 Tarrant County, Texas
 Trial Court No. 1376941D, 1376957D

 ORDER

 On the court’s own motion, it is ORDERED that the trial court clerk
deliver the originals of State’s Exhibit 78 (Defendant’s Interview),
State’s Exhibit No. 202 (Large Photo), and State’s Exhibit No. 203 (Large
Photo) to this court no later than Thursday, September 26, 2019.
 The exhibits will be returned to the trial court upon issuance of the
mandate.
 The clerk of this court is directed to transmit a copy of this order
to the attorneys of record, the trial court clerk, and the court reporter.
 Dated September 19, 2019.

 Per Curiam